1  Richard R. Barker
2  Acting United States Attorney
   Eastern District of Washington
3  Frieda K. Zimmerman
4  Assistant United States Attorney
   Post Office Box 1494
5  Spokane, WA 99210-1494
6  Telephone: (509) 353-2767

FILED IN THE U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAY 21 2025

SEAN F. McAVOY, CLERK
SPOKANE, WASHINGTON

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RYAN MITCHELL BURKHARDT,<br><br>Defendant. | Case No.: 4:25-CR-6018-MKD<br><br>SUPERSEDING INDICTMENT<br><br>Vio: 18 U.S.C. § 2250(a)<br>Failure to Register as a Sex Offender |

The Grand Jury charges:

Between on or about October 14, 2024, and continuing until on or about March 20, 2025, in the Eastern District of Washington, the Defendant, RYAN MITCHELL BURKHARDT, a person required to register under the Sex Offender Registration and Notification Act, traveled in interstate commerce, and did knowingly fail to register as a sex offender and update his sex offender registration

SUPERSEDING INDICTMENT – 1

as required by the Sex Offender Registration and Notification Act, in violation of 18 U.S.C. § 2250(a).

DATED this 21st day of May, 2025.

A TRUE BILL

_____
Richard R. Barker
Acting United States Attorney

_____
Frieda K. Zimmerman
Assistant United States Attorney

SUPERSEDING INDICTMENT – 2